THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS KAPLAN, Appellant.

*People* v. *Kaplan*, 160 App. Div. 884, appeal dismissed.
(Submitted April 20, 1914; decided April 28, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1913, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.